IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) MONEX, ) ) ) Defendants. ) ) ) ) | Hon. _____ Case No. 1:17-cv-06416 |

**APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION
FOR PRELILMINARY INJUNCTION**

**VOLUME I**

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| **CFTC Declarations** | |
| **1** | **DECLARATION OF CFTC INVESTIGATOR JEFFREY GOMBERG** |
| 1 | Monex Management Presentation (May 14, 2014) |
| 2 | March 26, 2013 Private Placement Memorandum for Concord Funding Company, L.L.C. |
| 3 | California Secretary of State Records for Monex Deposit Company |
| 4 | California Secretary of State Records for Monex Credit Company |
| 5 | California Secretary of State Records for Newport Services Corporation |
| 6 | December 22, 2016 Private Placement Memorandum for Scala Funding Company, L.L.C. |
| 7 | Signature Cards for Monex and Affiliate Bank Accounts |
| 8 | 2014 California Telephonic Seller Registration Application Form |
| 9 | NFA Basic Records for Monex International, Ltd. |
| 10 | NFA Basic Records for Monex Trading Corporation |
| 11 | *SEC v. Monex International LTD and Louis E. Carabini, Jr.*, 1975 U.S. Dist. LEXIS 16495, No. CV 74-3634-HF, Final Judgment of Permanent Injunction (C.D. Cal., Aug. 20, 1975) |

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 12 | *State of New York v. Monex International, LTD. and Louis E. Carabini*, No. 41439/74, Order of Permanent Injunction (Supreme Court, New York Cty., May 1, 1979) |
| 13 | Monex Atlas Account Brochure |
| 14 | Monex Atlas Account Agreements |
| 15 | Monex List of Margin Requirements (Revised 12/09/15) |
| 16 | Monex Description of Financing Structure dated October 7, 2011 |
| 17 | Monex Account Representative Desktop Guide |
| 18 | Monex Trade Ticket Guide for Shorts and Cross Hedges |
| 19 | Monex Leveraged Trade Ticket Instructions and Sample |
| 20 | Monex Atlas Compliance Manual |
| 21 | Sample Commodity Title Transfer Notice |
| 22 | May 2, 2016 Monex-BNY-Brink's Storage Agreement |
| 23 | June 29, 2009 Monex-Bank of New York-DDSC Concord Depository Agreement |
| 24 | *Federal Trade Commission v. Unimet Credit Corp., et al.*, Civ. No. 92-5759 RSWL, Final Judgment and Consent Order (C.D. Cal. Dec. 20, 1994) |
| 25 | MCC Historical Loan Performance Summary (Oct. 7, 2011) |
| 26 | Training File for Account Representative Team Leader Sean Brazney |
| 27 | February 7, 2014 Sales Memorandum |
| 28 | Monex "Blueprint for Success" Sales Training Guide |
| 29 | Transcript of Monex Sales Training Video (1) |
| 30 | Transcript of Monex Sales Training Video (2) |
| 31 | Concord Amended and Restated Servicing Agreement (July 12, 2012) |
| 32 | Oct. 21, 2011 e-mail from M. Carabini to B. Jenkins (Monex CFO) re: Atlas operations |
| 33 | Oct. 27, 2011 e-mail from B. Jenkins to Goldman Sachs re: Atlas operations |
| 34 | July 18, 2011 e-mail from C. Flannery (Piper Jaffray) to B. Jenkins re: Monex/Concord |
| 35 | Scala Closing Memorandum |
| 36 | April 20, 2012 Monex-Wells Fargo Credit Agreement |
| 37 | April 20, 2012 Monex-Wells Fargo-DDSC Depository Agreement |
| 38 | F&M September 3, 2013 Monex Loan Approval Memo |
| 39 | F&M Loan Approval File |
| 40 | Nov. 21, 2012 Monex-Farmers Loan Security Agreement |
| 41 | June 17, 2016 Memo re: Commodity Audit of Monex Collateral as of May 31, 2016 |
| 42 | Monex Account Representative Guide — Listing of Banks and Depositories |
| 43 | June 18, 2001 Monex-DDSC Depository Agreement with 2013 Addendum |
| 44 | September 6, 1985 Monex-F&M Depository Agreement |
| 45 | June 19, 2013 Monex-F&M Depository and Safekeeping Agreement |
| 46 | July 31, 2014 Monex-Brink's Storage Agreement |
| 47 | February 16, 2015 Monex-Brink's Storage Agreement |
| 48 | May 2, 2016 Monex-BNY-Brink's Storage Agreement |

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 49 | 2011 Description of Monex Operations |
| 50 | Sample Monthly Customer Account Statement |
| 51 | Sample Trade Confirmation |
| 52 | Sample End-of Year Customer Account Summary |
| 53 | Sample Customer Position Report (R017) |
| 54 | Sample Position Report Summary (R015) |
| 55 | Sample Customer Unrealized Loss Report (R495) |
| 56 | Sample Equity Calls Report (R715) |
| 57 | Sample Margin Call report (R723) |
| 58 | Sample Forced Liquidations Report (R722) |
| 59 | Sample Monthly Customer Index Report For Month End (R493) |
| 60 | Sample Customer Market Value Report For Month End (R494) |
| 61 | Sample Sales Rep "Awards Report" (R162) |
| 62 | Sample MTD Account Representative Production Report (R477M) |
| 63 | Monex Data Summaries (Group Exhibit) |
| 2 | **DECLARATION OF CFTC COMPUTER FORENSICS MANAGER JEREMEY CHRISTIANSON** |
| A | Excerpts of pages from the www.monex.com website as captured on November 1, 2013 |
| B | Excerpts of pages from the www.monex.com website as captured on August 22, 2017 |
| C | "Whois" information search for the domain registrant for the www.monex.com website |
| **Expert Report – Analysis of Atlas Trading Account** | |
| 3 | **EXPERT REPORT OF RUTTER GROUP** |
| A | Curriculum Vitae of Robert D. Selvaggio PhD |
| B | List of Materials Reviewed |
| C | Risk/Return Profiles of the Ten Sample Trades |