IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) MONEX, ) ) Defendants. ) ) ) ) | Hon. _____ Case No. 1:17-cv-06416 |

**APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION
FOR PRELILMINARY INJUNCTION**

**VOLUME II**

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| **Monex Customer Declarations** | |
| 4 | DECLARATION OF MONEX CUSTOMER IMAN BAR |
| A | Atlas Account Agreement |
| B | Monex Customer Statements |
| C | Final Check Received From Monex |
| 5 | DECLARATION OF MONEX CUSTOMER SUZANNE CAPPELLO |
| A | Atlas Account Agreement |
| B | Monex Customer Statements |
| C | May 2, 2014 Letter To Jeremy Sellers |
| D | January 7, 2015 Letter From Harvey Kochen |
| E | JAMS Arbitration Demand |
| F | JAMS Arbitration Notice |
| G | Email Chain Between S. Cappello And T. Pistone |
| H | January 7, 2016 Letter From JAMS Titled "Appointment of Arbitrator" |
| 6 | DECLARATION OF MONEX CUSTOMER PERSON COTTON |

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 7 | DECLARATION OF MONEX CUSTOMER YVONNA GOLLA |
| A | Monex Customer Statements |
| 8 | DECLARATION OF MONEX CUSTOMER SUSAN HADDEN |
| A | Monex Customer Statements |
| 9 | DECLARATION OF MONEX CUSTOMER CANDICE HUBERT |
| A | November 8, 2012 Receipt Of Funds |
| B | Monex Customer Statements |
| C | December 19, 2015 Letter To Greg Walker |
| 10 | DECLARATION OF MONEX CUSTOMER SHEENA LIU |
| A | Records Of All Trades In Monex Account |
| B | Monex Customer Statements |
| C | Complaint Letter To Monex |
| D | Email Chain Between S. Liu And Christina Carabini |
| E | October 3, 2016 Email From Greg Walker |
| 11 | DECLARATION OF MONEX CUSTOMER GREGORY MCLAUGHLIN |
| A | Monex Customer Statements |
| 12 | DECLARATION OF MONEX CUSTOMER CHRISTINE MUSTAZZA |
| A | Monex Customer Statements |
| B | August 26, 2013 Letter From Christopher Wright |
| C | February 4, 2014 Letter From Dan Wales |
| D1 | Audio Recording Of February 2016 Phone Call |
| D2 | Transcript Of Audio Recording Of February 2016 Phone Call |
| E | Notes From May 11, 2016 Phone Call |
| F1 | Audio Recording Of May 31, 2016 Phone Call |
| F2 | Transcript Of Audio Recording Of May 31, 2016 Phone Call |
| G1 | Audio Recording Of June 23, 2016 Phone Call |
| G2 | Transcript Of Audio Recording Of June 23, 2016 Phone Call |
| 13 | DECLARATION OF MONEX CUSTOMER ELISA PUGLIESE |
| A | Monex Customer Statements |
| B | February 22, 2013 Email From E. Pugliese To C. Carabini |
| C | April 1, 2013 Letter From Harvey Kochen |
| | **Investigative Testimony Excerpts** |
| 14 | EXCERPT OF INVESTIGATIVE TESTIMONY OF LOUIS CARABINI (MONEX FOUNDER, OWNER) |
| 15 | EXCERPT OF INVESTIGATIVE TESTIMONY OF MICHAEL CARABINI (MONEX CEO, OWNER) |

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 16 | EXCERPT OF INVESTIGATIVE TESTIMONY OF DARRELL HAMILTON (MONEX HEAD OF IT) |
| 17 | EXCERPT OF INVESTIGATIVE TESTIMONY OF RICHARD LOTTI (BRINKS) |
| 18 | EXCERPT OF INVESTIGATIVE TESTIMONY OF JON POTTS (DELAWARE DEPOSITORY) |
| 19 | EXCERPT OF INVESTIGATIVE TESTIMONY OF THOMAS SAUCHELLI (FARMERS & MERCHANTS) |
| 20 | EXCERPT OF INVESTIGATIVE TESTIMONY OF ROBERT CASTLE (BANK OF NEW YORK) |
| 21 | EXCERPT OF INVESTIGATIVE TESTIMONY OF RONALD SMOLER (MONEX HEAD OF TRADING) |
| 22 | EXCERPT OF INVESTIGATIVE TESTIMONY OF CHRISTOPHER FLANNERY (PIPER JAFFREY) |
| 23 | EXCERPT OF INVESTIGATIVE TESTIMONY OF DAVID GALA (MONEX SALES / TRAINING SUPERVISOR) |
| 24 | EXCERPT OF INVESTIGATIVE TESTIMONY OF MICHAEL MARONEY (MONEX HEAD OF SALES) |