# Exhibit 14
# Carabini Testimony

1                          UNITED STATES

2              COMMODITY FUTURES TRADING COMMISSION

3

4    --------------------------------

     In re:                              )

5                                        )

     Certain person Engaging in          )

6    Unlawful Retail Commodity           )

     Transactions                        )

7                                        )

     --------------------------------

8

9

10

11

12

13

14     SWORN TESTIMONY of LOUIS CARABINI, taken at

15   444 South Flower Street, Suite 900, Los Angeles,

16   California, commencing at 9:07 A.M., Tuesday,

17   March 3, 2015, before Ricki Q. Melton, CSR 9400,

18   RPR 45429.

19

20

21

22

23

24

25

```
                                           Page 3
 1   APPEARANCES OF COUNSEL:

 2

 3           FOR THE COMMODITY FUTURES TRADING

 4   COMMISSION:

 5             COMMODITY FUTURES TRADING COMMISSION

 6             BY:  CARLIN METZGER, ESQ.

 7                  JOSEPH A. KONIZESKI, ESQ.

 8             525 West Monroe Street, Suite 1100

 9             Chicago, Illinois 60661

10             (312) 596-0546

11             jkonizeski@cftc.gov

12             cmetzger@cftc.gov

13

14           FOR THE WITNESS:

15

16             FARELLA BRAUN & MARTEL LLP

17             BY:  NEIL GOTEINER, ESQ.

18             235 Montgomery Street, 17th Floor

19             San Francisco, California 94104

20             (415) 954-4400

21             ngoteiner@fbm.com

22

23   ALSO PRESENT:

24             GREG WALKER

25
```

1   calculation, but I can't remember right now how I did

2   it, but -- and I could say this, I could do it again,

3   but to answer how I would do it, I would probably go

4   to the financial instruments that track revenue, and

5   I would believe that we have something in-house that

6   would accumulate that on a monthly basis and because

7   the auditors review that and we -- well, I'm not

8   sure, but we also report in the state of California

9   each year because we're a financed lender.

10      Q    So for those reporting purposes, you would

11  track how much interest?

12      A    I think so, yes.

13      Q    Now a moment ago, I believe that you

14  mentioned some other sources of revenue.  Interest

15  was one of them, and in that case, we're talking

16  1 percent.  What are the other sources of -- the

17  general buckets of revenue.  How would you describe

18  those?

19      A    Well, the primary source of revenue is the

20  sale of a product.

21      Q    So there's interest is one category; is that

22  accurate?

23      A    Yes.

24      Q    In terms of the sale of the product, I have

25  also seen service fees.

```
                                              Page 52
 1          Is that another source of revenue for Monex?
 2      A   Yes.
 3      Q   I've also seen commissions.
 4          Is that another source of revenue for Monex?
 5      A   Yes.
 6      Q   How about a price spread?  Is that
 7  another --
 8      A   No.
 9      Q   -- category of revenue for Monex?
10      A   No.
11      Q   Why not?
12      A   It isn't revenue.  To get revenue, it has to
13  be income.  Income is from the sale of a product,
14  delivery charges, storage and service charges,
15  interest charges.
16      Q   From which general category of revenue then,
17  does Monex make most of its revenue?
18      A   Sales.
19      Q   Does Monex make more revenue from fully paid
20  transactions or financed Atlas transactions?
21      A   I don't know.
22      Q   If you wanted to figure it out, how would
23  you do it?
24      A   I would go to that 401 again and go from
25  there.  Yeah, probably the 401.
```

```
                                              Page 65
 1        A     Well, during the first six months, there's a
 2    declining among the training.  During the first
 3    month, you would have classroom training and -- and
 4    then there's meetings, account representatives,
 5    markets generally once a week.
 6        Q     Who is responsible for the initial training
 7    provided to Monex account representatives?
 8        A     Well, there are several involved in the
 9    training of the -- I don't know if his title is
10    training.  I can't remember -- I don't recall the
11    title of the person who organizes the meetings --
12    excuse me -- the training, and different people will
13    make presentations to the trainings.
14        Q     In one of the declarations that I referred
15    to earlier, you stated:
16             "After training and a phase-in
17             period at the beginning of
18             employment, account representatives
19             are paid exclusively on a
20             commission basis."
21             Is that statement still accurate today?
22        A     Say that again?  How did I say it there?
23        Q     "After training and a phase-in
24             period at the beginning of
25             employment, account representatives
```

Page 66

```
 1            are paid exclusively on a
 2            commission basis."
 3      A    I would guess -- that's fairly accurate.
 4  They are -- they receive salary plus commission, I
 5  think, for the first six or nine months.
 6      Q    Okay.  And so after a certain point --
 7      A    Yes.
 8      Q    -- six or nine months, the sale -- the
 9  account representatives are paid exclusively on
10  commission?
11      A    Yes.
12      Q    In the declaration you also say:
13            "Commissions are calculated based
14            on an assigned percentage of a
15            customer's transaction amount
16            called index points."
17            Is that --
18      A    Yes.
19      Q    -- still accurate today?
20      A    Yes.
21      Q    Can you describe for us how these index
22  points are calculated?
23      A    I think the best source to learn how that --
24  how it works is to go to the Desktop Guide that we
25  sent you.  There's a -- there's a page titled "Index
```

Page 97

1      A     Yes.

2      Q     When Monex lends the commodities to the

3   customer, what happens?

4      A     They borrow it, and most customers will sell

5   it to MDC.

6      Q     So do the metals move anywhere in that

7   transaction?

8      A     Most likely not.  I don't know what they do

9   at the depository, but title passes from MCC to the

10  borrower and from the borrower to MDC if they sell

11  it.  They don't have to sell it.  They can take it

12  home.

13     Q     How does title pass to commodity somebody is

14  borrowing?

15     A     By documentation.

16     Q     What documentation gets executed?

17     A     Well, there's one called Custodial Report.

18  There's one called -- well, it's a 334.  The -- also

19  the Commodity Transfer Notice that's sent by the

20  depository to the customer.

21           Those are the three primary documents.

22     Q     So taking just a step back, the customer is

23  borrowing commodities from Monex Credit; right?

24     A     Correct.

25     Q     Does Monex Credit still own the commodities?

```
                                                    Page 98
 1        A     No.
 2        Q     Why isn't that a sale, then, of commodities
 3   to the customer?
 4        A     Because it isn't.
 5        Q     What documents get executed transferring
 6   title in this borrowing of the metals from Monex to
 7   the customer?
 8        A     Ticket, trade tickets because normally, as I
 9   said, the customer in order to meet the requirement
10   of the -- requirements of the collateral of
11   125 percent will sell the commodity to MDC and the
12   proceeds of the sale is deposited in his account as
13   collateral.
14        Q     So, again, the customer has borrowed metals
15   from Monex and sold them back to Monex; right?
16        A     No.  Because here you have to separate the
17   companies.
18        Q     Does Monex -- do these Monex companies have
19   consolidated financial statements?
20        A     They each have their own.  I guess -- well,
21   let me answer, no.
22        Q     What happens if the price rises?
23              MR. GOTEINER:  Vague and ambiguous.
24   BY MR. METZGER:
25        Q     In this commodity loan transaction -- how
```

```
                                    Page 108
 1   liquidations was?
 2        A     I think so.
 3        Q     Are you able to figure out what percentage
 4   of customers have had forced liquidations or forced
 5   repurchases?
 6        A     I think so.
 7        Q     You would be able to figure out the dollar
 8   value of those transactions too; right?
 9        A     The dollar transaction?  You mean what the
10   trade took place at?
11              The trade takes place at a price.  That
12   price is on record.
13        Q     Sure.
14              You would be able to figure the trading --
15   the initiating trade price, right, and the trade
16   price --
17        A     Sure.
18        Q     -- at the time of the force?
19        A     Yeah, you could.
20        Q     You would be able to figure out the profit
21   or loss to the customer too; right?
22        A     Yes.
23        Q     Have you ever run any studies to figure out
24   how -- what percentage of Monex customers have had
25   forced sales or liquidation or repurchases?
```

```
                                         Page 137

 1              (Exhibit 7 was marked for

 2              identification by the reporter

 3              and is attached hereto.)

 4    BY MR. METZGER:

 5       Q    This document we have marked as Exhibit

 6    No. 7 is a document produced by Monex with Bates

 7    number MNX-CFTC_450991 through 992.  It's a two-page

 8    document entitled --

 9       A    I'm sorry.

10       Q    -- "Position Report Analysis," and it's

11    double-sided.  It's copied on both pages.

12       A    Where is the number you were just -- oh,

13    here it is.  I'm sorry.

14              Yes, got it.

15       Q    Okay.  Do you recognize this document?

16       A    I'm not sure if I saw this before.  I would

17    think I know what it is, but I don't know if I saw it

18    before.

19       Q    Do you know what a Position Report is?

20       A    Yes.

21       Q    What is a Position Report?

22       A    It's a report about the customer's position.

23       Q    Okay.  On this document, which is entitled

24    "Position Report Analysis," it appears to be a

25    description of the various fields that appear in the
```

```
                                              Page 138
 1   position reports generated by Monex; is that
 2   accurate?
 3        A    Yes.
 4        Q    So among other things, the Position Report
 5   will contain the customer's account number; right?
 6        A    Yes.
 7        Q    I see one for company code it says, "H
 8   equals Atlas company."
 9             Do you see that?
10        A    Well, it's not correct.
11        Q    What should it be?
12        A    H is Monex Deposit Company.
13        Q    Does the H reflect whether the customer has
14   an Atlas account?
15        A    No.
16        Q    What --
17        A    I don't think so.  H is generally the
18   company.  I don't think that's correct.
19        Q    What other company besides Monex would
20   appear there?
21        A    Monaco.
22        Q    So these same position reports are generated
23   for both Monex and Monaco?
24        A    Well, no, the code, the company code that's
25   used for Monaco is different than that used for Monex
```

1    Deposit Company.  I can't remember what it is.

2        Q    So are the position reports generated for

3    both Monex and Monaco?

4        A    I don't know.

5        Q    They are differently generated for Monex?

6        A    Yes.

7        Q    You are not sure whether they are generated

8    for Monaco?

9        A    That's what I said.

10       Q    It has other fields of information.  For

11   example, there's a field for gain or loss.

12            Do you see that?

13       A    Yes.

14       Q    And that would reflect the total unrealized

15   gain or loss for all open positions in the account;

16   is that right?

17       A    Yes, that's correct.

18       Q    The report would reflect specific trade

19   numbers and the dates of those trades?

20       A    Yes.

21       Q    Would it also show each individual

22   customer's current equity percentage as of the date

23   of the report?

24       A    Yes.

25       Q    Would it also reflect the dollar value of

Page 140

1    the equity in the account?

2        A    Yes.

3        Q    There's a field for "M-CUSH."  Do you see

4    that?

5        A    Yes.

6        Q    What does that reflect?

7        A    If you go to the prior one, that's the

8    difference between the minimum, which would be

9    14 percent, and whatever it is.

10       Q    On this particular report, it says:

11              "M-CUSH/F-CUSH dollar equity

12              available before margin calls

13              forced liquidation levels."

14              Do you see that?

15       A    Yeah, that's right.

16       Q    Is that what it reflects?

17       A    Yes.

18       Q    There's a field I see for "Update/Term."  It

19    says:

20              "Last date there was an update to

21              that position or termination dates

22              for limits, stops."

23              Do you see that?  It's at the top.

24       A    Yeah, I see it.

25       Q    Okay.  What does it mean "the last date that

1      A    I would have to look at the screen and see

2  and look at the screen with non-Vs and then compare

3  it to the ones with the Vs.

4          On the reports that we have given, it

5  indicates the V products.

6      Q    So there would be a field then --

7      A    Yes.

8      Q    -- it would show up in this commodity code;

9  right?

10     A    Yes.

11     Q    So you would be able, in the system, sort

12  by --

13     A    Yeah.

14     Q    -- whether it's a V product or not?

15     A    Yes.

16     Q    The next column to the right here is

17  "Balance."

18         Do you see that?

19     A    Yes.

20     Q    What does the balance signify on the

21  Position Report?

22         It looks like there are three line items for

23  this sample transaction.

24     A    Account balance.  I'm going to have to read

25  in the box here.

```
                                              Page 149
 1              I guess I can only tell you what it says in
 2     the box is cash balance.  It's:
 3              "Net of all cash deposited to and
 4              withdrawn from account and all
 5              realized profit and losses."
 6              I would have to give that some thought to be
 7     able to answer it other than reading it.
 8         Q    Okay.  So in this particular example, it
 9     looks to me like the top balance number is the market
10     value of the commodity in the account; right?
11         A    It appears to be, yes.
12         Q    The line item immediately below would
13     reflect the cash balance which is the net of all cash
14     deposited to and withdrawn from the accounts and all
15     realized profits and losses; right?
16         A    Yes.
17         Q    And then there's one more line item which is
18     "Account Balance," and it just says, "Sum of the
19     balance column."
20         A    Yes.
21         Q    There's just a few more columns on this
22     report.  One is the -- the one immediately to the
23     right is the "Cost."
24              Do you see that?
25         A    Yes.
```

```
                                             Page 150
1       Q    Is that the original cost?
2       A    Yes.
3       Q    And then immediately to the right, there's
4    the "Current Price"; right?
5       A    Right.
6       Q    Okay.  And then the very last column is the
7    "Age/Fee."
8            Do you see that?
9       A    Yes.
10      Q    I understand the reference to the age,
11   because on this sample, it shows 59 days for this
12   transaction.
13           Do you see that?
14      A    Yes.
15      Q    I don't understand fee.  Do you know what
16   that means --
17      A    No.
18      Q    -- in this sample?
19      A    Let me look above here.
20           No, I don't know what -- I don't know what
21   it means.
22      Q    It also reflects immediately below that this
23   XSEQ number.
24           Do you see that?
25      A    Yes.
```

```
                                            Page 178
 1    MNX-CFTC_517418.

 2             Do you recognize this document?

 3        A    Yes.

 4        Q    What is this?

 5        A    "Commodity Title Transfer Notice."

 6        Q    This is a sample of the "Commodity Title

 7    Transfer Notice"; is that right?

 8        A    Yes.

 9        Q    This one is -- shows a custodian of

10    Farmers & Merchants Bank of Long Beach.

11             Do you see that?

12        A    Yes.

13        Q    There's a code number --

14        A    Yes.

15        Q    -- in the middle of that "Commodity Title

16    Transfer Notice."

17             Do you see that?

18        A    Yes.

19        Q    First of all, who generates this document?

20        A    Monex.

21        Q    And these --

22        A    Prints it, yes.

23        Q    And so these are the document that Monex

24    will print and then transmit to, in this case,

25    Farmers & Merchants Bank of Long Beach to send on to
```

```
                                              Page 179
 1    a Monex customer?

 2        A    Correct.

 3        Q    These documents are printed daily by Monex?

 4        A    Yes.

 5        Q    And sent then to either Farmers and

 6    merchants or Delaware depository, the other one --

 7    the other depository every day?

 8        A    If they are -- yeah, the one that's to go

 9    out, it would go out daily.

10        Q    In the middle of this form, it looks like

11    there are -- there's a code number.

12             Do you see that?

13        A    It's a reference number, yes.

14        Q    What is the reference number?

15        A    Below it identifies the reference number.

16        Q    So it can either be 1, 2, or 3; is that

17    right?

18        A    Correct.

19        Q    And the reference number would correspond to

20    paragraphs 1, 2, or 3 in the standard terms and

21    conditions reflected in this document below the

22    notice?

23        A    Yes.

24        Q    What, in general, does 1 mean?

25        A    What it says.  I mean:
```



# POSITION REPORT ANALYSIS

**CUSTOMER ACCOUNT NUMBER**

**CUSTOMER NAME**

COMPANY CODE
H= ATLAS COMPANY

**TRADE NUMBER AND DATE**
TRANSACTION NUMBER AND DATE FROM TRADE TICKET

*This transactions on this account does not include the position until it settles.

**UPDATE/TERM**
LAST DATE THERE WAS AN UPDATE TO THAT POSITION; OR TRANSACTION DATES FOR LIMITS, STOPS

**COST**
ORIGINAL COST PER UNIT (INCLUDING COMMISSION)

**CURRENT**
MARKET VALUE PER UNIT (BASED UPON YESTERDAY'S 12 PM PRICE [LONG=BID; SHORT=ASKED])

**AGE/FEE**
DAYS SINCE TRADE WAS OPENED

**UNITS**
ORIGINAL OR REMAINING UNITS
12=LONG; (-12)=SHORT
12-LMT = LIMIT ORDER
12-STP = STOP ORDER

| NAME KEY / ACCT. # | CUSTOMER | EQ% | TRADE NUMBER | DATE | UPDATE /TERM | UNITS | COMMODITY | BALANCE | | COST | CURRENT | AGE/FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMPLE 1-2345678-0 | (H) JOHN & MARY SAMPLE | | 0424107 | 08/24/04* | 08/27 | 12 | GBX | 50,258.16 | | 4188.18 | 4180 | 59 DAYS |
| | | | *EQUITY | 9,714 | 08/26 | | CASH BAL | 9,811.99 | MV: | | 50,160 | .00XSEQ |
| H=N L=A C=J V=Y #=N CA LOSS: 98 | | 19.37% | M-CUSH | 3,695 | | | ACCT BAL | 40,446.17 | | | | |

**TRADE—**

**—PRICE—**

H= HEDGE DISCLOSURE RECORDED?
(Y=YES, N=NO)
L=LOCATION FOR FUNDS
(SEE SEND FUNDS)
C=VERSION OF CAA IN HOUSE
("J" NOW REQUIRED)
V=VERBAL DISCLOSURE RECORDED?
(Y=YES, N=NO)
#=TAX NUMBER ON RECORD?
(Y=YES, N=NO)
STATE
(CHECK RESTRICTIONS)

**GAIN/LOSS**
THE TOTAL UNREALIZED GAIN OR LOSS FOR ALL OPEN POSITIONS IN THE ACCOUNT (BASED ON THE DIFFERENCE BETWEEN THE ORIGINAL TRANSACTION BALANCE AND YESTERDAY'S (PRIOR BUSINESS DAY'S) 12 PM PRICE [LONG=BID;SHORT=ASKED] X UNITS FOR EACH POSITION)

**EQUITY PERCENTAGE**
($EQUITY/MV= EQ %)

**EQUITY**
(MV - ACCT BAL= $EQUITY)

"The word 'PENDING' if inserted below the trade date means that the order has not yet been shipped.

**MCUSH/FCUSH**
DOLLAR EQUITY AVAILABLE BEFORE MARGIN CALL/FORCED LIQUIDATION LEVELS
(MV x .88 - ACCT BAL = MCUSH)
(MV x .94 - ACCT BAL = FCUSH)

**TRANSACTION BALANCE**
TOTAL ORIGINAL PRICE FOR ALL UNITS
(INCLUDING COMMISSION)

**CASH BALANCE**
NET OF ALL CASH DEPOSITED TO AND WITHDRAWN FROM ACCT AND ALL REALIZED PROFITS/LOSSES

**ACCOUNT BALANCE**
SUM OF BALANCE COLUMN

**MARKET VALUE (MV)**
TOTAL MARKET VALUE OF ACCOUNT
(YESTERDAY'S 12 PM PRICE [LONG=BID; SHORT=ASKED] x UNITS, TOTALED FOR ALL POSITIONS)

**EXCESS EQUITY**
ALL AVAILABLE EQUITY ABOVE CURRENT INITIAL REQUIREMENT
($EQUITY- 20MV= XSEQ)

**EXHIBIT** 7
Curabini
3-3-5
bbbies

**NOTE: ALL CALCULATIONS BASED UPON 20% INITIAL EQUITY, 12% EQUITY CALL AND 6% FORCED LIQUIDATION LEVELS.**

MNX-CFTC 0045092

FOIA Confidential Treatment Requested by Monex (MDC, MCC, NSC, CFC, Comeco, Meteo, Monaco)

This card may not be reproduced in whole or in part in any form or by any means whatsoever. This card and the information hereon remains the sole property of Monex Deposit Company and Monex Credit Company and must remain on the premises at all times.

# POSITION REPORT ANALYSIS (Continued)    MONEX

SAMPLE    (H) CHARLES SAMPLE
1-2345678-0    H (100) 123-4567    B (100) 123-7890
ATF
L=Y C=Y V=Y #=Y SWA⑨    LOSS 640①    EQ: 23.05%③

0429203    01/20/93②    02/09    02/09    4 SB    14,996.48    3,749.12    3589
EQUITY: 3,308②    CASH BAL    3,948.94-    MV:    14,356④
MCUSH: 1,585⑦    FCUSH: 2447    ⑧    ACCT BAL    11,047.54    437.26    XSEQ⑥

L: LOCATION
C: COMMODITY ACCOUNT AGREEMENT
V: VERBAL DISCLOSURE
#: W-9

1    BREAK-EVEN MINUS 12:00 PM BID X UNITS = LOSS OR GAIN

2    MARKET VALUE MINUS ACCOUNT BALANCE = DOLLAR EQUITY

3    DOLLAR EQUITY DIVIDED BY MARKET VALUE = EQUITY PERCENT

4    12:00 PM BID X UNITS = MARKET VALUE

5    TRANSACTION BALANCE MINUS CASH BALANCE = ACCOUNT BALANCE

6    MARKET VALUE X .80 = A
     A MINUS ACCOUNT BALANCE = EXCESS EQUITY

7    MARKET VALUE X .88 = A
     A MINUS ACCOUNT BALANCE = MCUSH

8    MARKET VALUE X .94 = A
     A MINUS ACCOUNT BALANCE = FCUSH

9    STATE RESTRICTION

**Above calculation based upon 20% initial equity, 12% equity call and 6% forced liquidation levels.**

**TO DETERMINE COLLATERAL CALL AMOUNT:**

MARKET VALUE X UNITS = TOTAL MARKET VALUE
TOTAL MARKET VALUE X RESTORATION COLLATERAL % = ACTUAL EQUITY DOLLARS REQUIRED IN THE ACCOUNT
TOTAL MARKET VALUE MINUS ACCOUNT BALANCE = ACTUAL EQUITY DOLLARS IN THE ACCOUNT
ACTUAL DOLLARS REQUIRED IN THE ACCOUNT MINUS ACTUAL EQUITY DOLLARS IN ACCOUNT = COLLATERAL CALL AMOUNT

17b. POSITION REPORT ANALYSIS (Continued)    10/05