# Exhibit 15
# Carabini Testimony

UNITED STATES

COMMODITY FUTURES TRADING COMMISSION

In Re: )
)
Certain Persons Engaging in )
Unlawful Retail Commodity )
Transactions )
)
)
_________________________________)

Sworn Testimony of MICHAEL CARABINI, taken on behalf of United States Commodity Futures Trading Commission, at 444 Flower Street, Suite 900, Los Angeles, California, beginning at 9:12 a.m. and ending at 2:40 p.m. on Thursday, March 5, 2015, before ROCHELLE HOLMES, Certified Shorthand Reporter No. 9482, Certified Realtime Reporter No. 0123.

APPEARANCES:

FOR UNITED STATES COMMODITY FUTURES TRADING COMMISSION:

COMMODITY FUTURES TRADING COMMISSION
BY: CARLIN METZGER, ESQ.
JOSEPH A. KONIZESKI, ESQ.
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0546
jkonizeski@cftc.gov
cmetzger@cftc.gov

FOR THE WITNESS:

FARELLA BRAUN & MARTEL LLP
BY: NEIL GOTEINER, ESQ.
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400
ngoteiner@fbm.com

ALSO PRESENT:

GREG WALKER

MR. METZGER: Counsel, do you want to introduce yourselves?

MR. GOTIENER: Neil Gotiener.

MR. WALKER: Greg Walker.

Q BY MR. METZGER: Okay. What is your current role with Monex?

A My role, title, is president of Newport Services and my role is to act as much of an operational overseer of the operation of Monex Deposit Company and Monex Credit Company and its affiliated companies.

Q Where is Monex or the Monex affiliated companies located?

A 4910 Birch Street, Newport Beach.

Q I have also seen the address 4900. Is that the same building?

A Yes, it is.

Q Do you know why there is two addresses?

A There would be two companies. My belief is the 4900 is used for Monaco Financial LLC and possibly some other affiliated companies.

Q You mentioned -- let me ask a different question. In your role as the president of Newport Services, are you the person with essentially the final say for the Monex affiliated companies on a day-to-day basis?

A Yes, I think that's a fair statement.

Q Let's walk through some of the companies just so we can try to be clear about what they are and what your role is. You mentioned Newport Services. Can you describe what that company does?

A Newport Services Corporation provides financial administrative services which would include computers, facility management, all types of managerial efforts for the affiliated companies.

Q For what companies does Newport Services provide these services?

A Monex Deposit Company, Monex Credit Company, their general partners, Comco, Metco Management Corporations, Monaco Financial LLC, Secured Credit Corporation, Concord Funding Company, Concord Management Corporation, I think it is, I might have that spelled incorrectly or not precise, but it's the general manager for Concord Funding. I think that's all of them.

Q Are the operations for these Monex-affiliated entities, to the extent they have operations, are they all located and operated out of the Monex office at 4910 Birch?

A Yes.

Q So Monex Deposit Company. Describe for us generally what Monex Deposit Company does.

A Monex Deposit Company makes a market in precious metals, bullion coins, both from a retail point of view offering its bid and ask prices, but also buying and selling in the wholesale markets.

Q Who owns Monex Deposit Company?

A Monex Deposit Company is owned partly by general partner Comco Management Corporation, two trusts, Emerson is the name of one trust, Montgomery is another trust. I think I might have personally some ownership and then minor owners. I think there is an officer that has a minor ownership. I think that covers it. I think there is two officers that have minor ownership.

Q You mentioned Comco Management Corp. What is Comco Management Corp?

A Comco Management Corp acts as the general partner for Monex Deposit Company.

Q Does Comco have any day-to-day operations?

A Yes. It operates as the general partner for Monex Deposit Company.

Q What does it do?

A If there is any agreements to be signed by the partnership, then Comco management would execute those contracts. It would employ, I guess, by its president would have direct control over the limited partnership.

I believe it also employs the vice president.
Q Who are they?
A President is Louis Carabini, vice president is Mike Maroney.
Q So who signs, physically signs the agreements for Comco Management?
A Typically Louis Carabini.
Q Louis Carabini is your father?
A He is.
Q Who owns Comco Management?
A I do.
Q Do you have any official title with respect to Comco?
A No.
Q You mentioned that Montgomery Trust and Emerson Trusts also have some ownership interest in Monex Deposit Company. Did I get that right?
A You did.
Q Do you have an interest in the Montgomery Trust and Emerson Trust?
A Yes.
Q Can you describe generally what that interest is?
A I'm a beneficiary.
Q Are you the trustee?

A Yes.

Q What I'm trying to get at with these questions, I think you probably know, is who owns and controls Monex Deposit Company. Would that be you?

A Well, yes, the general partner would have control. And like I said, I'm the shareholder, the sole shareholder of the general partner, so I would have control, ultimate control, I would say, of Monex Deposit Company.

Q Besides the two officers you mentioned, Louis Carabini and Michael Maroney, are there any other officers or employees of Comco Management that you are aware of?

A Not that I can recall at this time.

Q Do you know whether your father, Louis Carabini, or Michael Maroney get a salary from Comco Management?

A I don't recall.

Q Do you know whether they are compensated in any way for their work that they do for Comco Management?

A I don't know.

Q Does Monex Deposit Company have any employees?

A Yes.

Q What categories of employees does Monex Deposit Company have?

A Monex Deposit Company has account representatives, research assistants, I think a sales manager.

Q What is Mike Maroney's role with Monex, the Monex companies?

A Mike Maroney is the vice president of sales.

Q Is there a president of sales?

A No.

Q So he is a vice president in charge of sales?

A Correct. Of Monex Deposit Company. And I believe his business card or on paper he is the vice president of Comco Management Corp.

Q The categories of employees you mentioned, including account representatives for Monex, are they paid by Monex Deposit Company?

A Yes.

Q As a practical matter, is the payroll services provided by the Newport Services entity?

A That's correct.

Q Can you describe in general what Monex Credit Company does?

A Yes. Monex Credit Company provided a licensed California lender and it provides financing for precious metals transactions or, I guess, financing on precious metals.

Q Who does it provide that financing to?
A Its customers.
Q What is the financing used for?
A For precious metals, for either purchasing precious metals or, I guess, if a customer has charges or interest that the customer does not want to remit, then Monex Credit Company could advance funds for that.
Q Is the credit all related to transactions that are conducted with Monex Deposit Company?
A Yes.
Q In other words, I'm wondering if Monex Credit Company provides financing for any transactions that are not done by customers with Monex Deposit Company?
A You can, but not generally speaking.
Q Has it ever?
A Probably.
Q Can you give me --
A For an example, if a customer has purchased, say, gold coins from another dealer other than Monex Deposit Company and sends them in for deposit and there is sufficient collateral in the Monex Credit Company customer's account, Monex Credit Company will advance funds on that collateral.
Q Does Monex Credit Company provide financing to your knowledge for transactions by customers with any

other metals dealer?

A I'm not sure I understand what you are saying.

Q Well, what I'm trying to understand is in terms of like percentage of transactions for which Monex Credit Company provides credit, what percentage of those are related to Monex Deposit Company transactions?

A Generally, all.

Q So it would be a miniscule percentage of other potential transactions?

A That's my understanding.

Q Who owns Monex Credit Company?

A It's owned by it's general partner Metco Management Corporation. The two trusts, Amberwood and Lemonwood, myself I think I have a personal interest in the lender partnership and a minor interest of two officers.

Q Do you know who the two officers are who have minor interest?

A Yes.

Q Who are they?

A Ron Smoller and Brian Jenkins.

Q What is Ron Smoller's role with the Monex companies?

A Ron Smoller is responsible for managing the trading department and the functions of buying, selling

and setting prices.

Q What is Brian Jenkins' role with the Monex companies?

A Brian Jenkins is the CFO of Newport Services, oversees the finance department and also the computer department.

Q Who owns Metco Management Corporation?

A I do.

Q Does Metco Management Corporation -- strike that. Different question.

Can you describe the operations of Metco Management Corporation? What does it do?

A Metco Management Corporation is the general partner of Monex Credit Company.

Q In that capacity, does it have any active daily operations?

A Well, it would be the company or entity that would sign any agreements that Monex Credit Company as a partnership would have to sign.

Q Who physically signs those agreements for Metco Management Corporation?

A I do.

Q You also mentioned Lemonwood and Amberwood Investments. Are they companies, first of all?

A No. They are trusts.

Q Are you the trustee of those trusts?
A Yes, I am.
Q Are you a beneficiary of those trusts?
A Yes.
Q Are you currently the decision maker for those trusts in their capacity with respect to the ownership and operations of Metco?
A Well, yes. I'm the trustee. It's a limited partnership, so the general partner is responsible for all the decisions.
Q So those two trusts are limited partners and maintain some ownership interest in Metco in that capacity?
A That is correct.
Q The decisions are made by the general partner and you are the person that controls those decisions?
A That's correct.
Q Does Metco have any employees?
A Yes.
Q Who are they?
A Myself, Michael Carabini, and Brian Jenkins.
Q Does Brian Jenkins have a particular title with Metco?
A Yes.
Q Do you know what that is?

A I'm not sure exactly. I believe I do, but my best belief at this time is secretary.
Q Does Newport Service Corporation have employees?
A Yes.
Q What are the general categories of employees of Newport Service Corporation?
A A president, CFO, counsel, managers, mail clerk, controller, traders, general administrative manager, computer programmers, computer operators. Might be missing some. Do you want me to keep thinking or is that sufficient?
Q If there are any others, general categories?
A Advertising department. Clerical, clerks, and secretaries or administrative assistants.
Q Approximately how many employees are there of Newport Service Corporation?
A I would estimate about 75.
Q Approximately how many employees are there of the Monex affiliated companies?
A I would estimate maybe 150. These are estimations.
Q I understand. What is the role of the computer programmers employed by Newport Service Corporation?
A Their role is to either modify or create

programs for all the services, all the computer services that any of the affiliates require.

Q Who is the lead computer programmer for the Monex companies?

A Well, Brian Jenkins acts as the officer in charge of the department, and he himself does some programming, but he is not really classified as a programmer, per se, so he would have the ultimate responsibility. And then reporting to him is a manager of our department who is Daryl. Daryl.

Q Hamilton?

A Thank you. Daryl Hamilton is correct.

Q You mentioned counsel. Is that Greg Walker?

A Yes.

Q I have also seen an entity called Newport Communications. Are you familiar with that entity?

A It's a -- I guess a DBA for Newport Service Corporation. It's a company to represent when Newport Service does any publishing or any I guess mostly publishing or certain networking, that name is used.

Q Can you describe in general what types of publishing or networking you are referring to?

A I think there has been some books published by Monaco Financial. I don't know that anything -- I can't recall if anything has been published for Monex Deposit

Company. I think a long time ago Monex Deposit Company had a magazine and it may have been used for that. The Monex Deposit Company and Monaco Financial at some period of time were doing some networking with financial advisors and that name was used for that.

Q Do you know whether Newport Communications or Newport Services currently has any publication projects?

A Not that I'm aware of.

Q You mentioned Secured Credit Corporation. What does Secured Credit Corporation do?

A Secured Credit Corporation is a California licensed lender and it provides financing for Monaco Financial transactions.

Q Who owns Secured Credit Corporation?

A I do.

Q What's your general role, duties or responsibilities with Secured Credit Corporation on a daily basis?

A I'm the president.

Q You mentioned Monaco Financial. What does Monaco Financial do?

A It's a rare coin dealer. And it's also, it goes by the name Monaco Rare Coins.

Q Who owns Monaco Financial?

A Myself, a trust that is the separate property

of my wife, Adam Crum, who is the vice president of Monaco Rare Coins, Brian Jenkins, and Ron Smoller.

Q What is your role with Monaco?

A I'm the president of Monaco.

Q Does your wife have an operational role with Monaco?

A No.

Q Are you the trustee of the trust through which she has an ownership interest?

A Yes.

Q Is that the Victoria Investments?

A Yes, it is.

Q I have also seen Madison Investments. What is that?

A That's my trust, revocable trust.

Q Are you the trustee of that trust?

A Yes.

Q What is Adam Crum's role with Monaco?

A His title is vice president of numismatics and he runs the day by day operations.

Q Does Monaco offer finance accounts for the purchase or sale of metals?

A To some extent, yes.

Q What are those accounts called?

A Precious metals, some include rare coins. Are

**From:** michael Carabini [mac@monex.com]
**Sent:** 8/18/2011 1:31:09 PM
**To:** Flannery, Chris [Christopher.J.Flannery@pjc.com]
**CC:** Brian Jenkins [bjenkins@monex.com]
**Subject:** draft 2

Monex Credit Company equity management systems incorporate continuous, real-time prices for each of the four precious metals markets in which the company operates. These systems include corresponding real-time updates of all customer equity positions. When a Monex customer's equity position falls below the forced sell level (currently 7% for all four metals but no less than 6% per the Concord Funding Note documents), whether this is at market open or at any other time during the trading day, that customer's account is automatically liquidated.

For more than six months, Monex has been using only their "Auto-Force-Sell System" batched portfolio-wide application, because it has proved to be more consistent and efficient (requiring no work by account rep) than the semi-automatic approach using an account rep to call to confirm orders. This system, which converts loan and price information into sell orders on a batch basis, enables Monex to liquidate its portfolio pool-wide in seconds. The system automatically books the liquidation orders to customer accounts based on metals sold, and applies the proceeds to the loan.

Thus, the exposure period is actually less than one day. Alternatively, the maximum exposure period is overnight in the case that the market opens low enough to put an account below forced sell level. While it is the case that this procedure is company policy and thus at company discretion, it does mean that company personnel do not have discretion to diverge from this procedure. Even during days or periods of high downside price volatility over the past 24 years of MCC existence, the company's policies and procedures have resulted in miniscule losses (previously provided). This is precisely because they ensure an exposure period of less than one trading day.

