# Exhibit 21
# Smoler Testimony

1

U.S. COMMODITY FUTURES TRADING COMMISSION

_____
                                   )
In the Matter of:                  )
Monex:                             )
                                   ) Matter Number:
                                   )      N/A
Testimony of:                      )
Ronald Smoler                      )
                                   )
_____)

***CONFIDENTIAL***

TESTIMONY OF RONALD SMOLER

Irvine, California

Wednesday, May 6, 2015

Reported by:
DIANE ADAMS
CSR No. 5176

PAGES 1 - 94

92

1  something if it doesn't show up on your screen?
2      A   I don't know what you're talking about.
3      Q   Don't you have to have it in inventory in order
4  to lend it to somebody?
5      A   I have it in inventory.
6      Q   Then why doesn't it show up on your screen?
7      A   What screen?
8      Q   The screen of your running totals of inventory?
9  No?
10     A   No, that's on a daily basis.
11     Q   Where is the 10,000 ounces of silver that MCC
12 had before this loan?
13     A   In the depository.  10,000 ounces of silver, I
14 have two contracts short, okay.  The customer sells me
15 the 10,000.  Now I own 10,000.  Before I didn't.  I'm at
16 risk.
17     Q   From your standpoint, your vantage point on the
18 trade desk, are you managing the inventory for MCC and
19 MDC?
20     A   Yes.
21     Q   So when MCC loans this customer the inventory so
22 he can sell it back to MDC, what, mechanically, happens?
23     A   I don't know.
24     Q   Is there anything more than just a trading
25 position reflected for this customer taking this short?

[5/6/2015 9:40 AM] Smoler, Ronald 2015_05_06

93

1      A   I don't know.

2      MR. METZGER: Any other any questions?

3      Well, thank you for your time. We don't have

4 any further questions for you today. If we have any

5 further questions of course we'll make arrangements

6 through your counsel.

7      We will go off the record.

8      (TIME NOTED 12:54 p.m.)