# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICES CORPORATION, LOUIS CARABINI, and MICHAEL CARABINI,** <br><br> **Defendants.** | **Hon.** Sharon Johnson Coleman <br><br> **Case No.** 17-cv-06416 |

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that on Thursday September 14, 2017, at 8:45 a.m. or soon thereafter, the Commission shall before the Honorable Judge Sharon Johnson Coleman, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1425, Chicago, Illinois and present Plaintiff CFTC's **(i) Motion for Preliminary Injunction** and **(ii) Motion for Leave To File A Brief in Excess of the Page Limit**.

Date:  September 8, 2017

Respectfully submitted,

*/s Michael D. Frisch*

Carlin R. Metzger (cmetzger@cftc.gov)
Senior Trial Attorney

Michael D. Frisch (mfrisch@cftc.gov)
Trial Attorney

Eric L. Schleef (eschleef@cftc.gov)
Trial Attorney

Joseph Konizeski (jkonizeski@cftc.gov)
Chief Trial Attorney

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0536 (Metzger)
(312) 596-0700 (main office number)
(312) 596-0714 (facsimile)

*Attorneys for Plaintiff*
*Commodity Futures Trading Commission*

**CERTIFICATE OF TRANSMITTAL**

I, Michael D. Frisch, attorney for Plaintiff the Commodity Futures Trading Commission, hereby certify that on September 6, 2017, I transmitted a copy of the Complaint in this matter to Steven Senderowitz and Tiffany Amlot, attorneys for Defendants, via e-mail.

I further certify that on September 7, 2017, I transmitted to Steven Senderowitz and Tiffany Amlot the following documents:

- Complaint (via e-mail and FTP transmittal);

- Request for Waiver of Service Forms (via e-mail and FTP transmittal);

- Plaintiff's Motion for Preliminary Injunction (via FTP transmittal);

- Plaintiff's Motion for Leave to File A Brief in Excess of the Page Limit and attached Memorandum in Support of Motion for Preliminary Injunction (via FTP transmittal); and

- Appendix in Support of Plaintiff's Motion for Preliminary Injunction (Volumes I and II) (via FTP transmittal).

I also certify that on September 8, 2017 I transmitted to this Notice of Motion, and the Court's Notice to the Parties concerning the MIDP (Dkt. No. 11) to Mr. Senderowitz and Ms. Amlot via e-mail.

/s/ Michael D. Frisch