

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 09/12/2017  Case Number: 17cv6416

Case Title: Commodity Futures Trading Commission v. Monex Credit

Judge: Sharon Johnson Coleman

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

☐ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

☐ Too voluminous.

☐ Photographs

☐ Civil bond

☐ Criminal bond

☐ Miscellaneous (MC) case

☑ Other: CD Exhibit F1 to the Declaration of Christine Mustazza(Docket #9-9)

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ N. Finley
Deputy Clerk

Rev. 11/29/2016