## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Commodity Futures Trading
Commission

                                        Plaintiff,

v.                                                   Case No.: 1:17−cv−06416
                                                     Honorable Sharon Johnson Coleman

Monex Credit Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2017:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/19/2017. Applications by Matthew I. Menchell [33] and Benjamin J.A. Sauter [34] for leave to appear pro hac vice are granted. Defendants motion to change venue is to be filed by 10/3/2017. Response due by 10/17/2017. Reply due by 10/27/2017. The parties are encouraged to initiate discovery prior to the resolution of that motion. Status hearing set for 11/3/2017 at 9:00 a.m. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.