UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U. S. COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>MONEX DEPOSIT COMPANY, *et. al*,<br><br>       Defendants. | Hon. Sharon Johnson Coleman<br><br>Case No. 17-cv-06416 |

**CONSENT TO TRANSFER VENUE PURSUANT TO 28 U.S.C §1404(a)**

The Commodity Futures Trading Commission (CFTC) does not oppose Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) (D.E. 38).  Defendants concede in their motion that venue is proper in the Northern District of Illinois.  They argue though that convenience and efficiency weigh in favor of a different venue.  That is questionable given that Monex is operating a nationwide fraud with thousands of victims around the country and several important third party witnesses located in Chicago, New York, Minneapolis and Delaware.  Nonetheless, the CFTC agrees that venue is also proper in the Central District of California, and does not object to the transfer of this case to that district in the Santa Ana Division.

A Proposed Order transferring this matter will be transmitted to the Court's e-mail inbox in accordance with this Court's procedures.

Date:  October 10, 2017

Respectfully submitted,

*Attorneys for Plaintiff*
*Commodity Futures Trading Commission*

*/s Michael D. Frisch*
Carlin R. Metzger (cmetzger@cftc.gov)
Michael D. Frisch (mfrisch@cftc.gov)
Eric L. Schleef (eschleef@cftc.gov)

Joseph A. Konizeski (jkonizeski@cftc.gov)
Scott R. Williamson (swilliamson@cftc.gov)
Rosemary Hollinger (rhollinger@cftc.gov)

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0536 (Metzger)
(312) 596-0714 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed document with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

By: /s/ *Michael D. Frisch*